**91–1845.**  State, ex rel. Hinkle, v. Franklin Cty. Bd. of Elections.   In Mandamus.   On request for oral argument.   Request denied.

H. BROWN, J., dissents.